An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EARNEST PHILLIPS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66054

**FILED**

AUG 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a decision of the district court "Denying the Defendant ['s] [Pretrial] Petition for Writ of Habeas Corpus." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from such a decision. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Kathleen E. Delaney, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Earnest Phillips

SUPREME COURT
OF
NEVADA

(O) 1947A

14-26593